**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RATARSHA MANIER,** | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| v. | § | **Civil Action No. 4:23-CV-343** |
| | § | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al.,** | § | |
| | § | |
| | § | |
| **Defendant(s).** | § | |

**RETURN OF SERVICE**

Came to my hand on **Tuesday, May 9, 2023 at 10:22 AM,**
Executed at: **100 LIBERTY WAY, STE 100, DOVER, NH 03820**
at **4:50 PM,** on **Tuesday, May 9, 2023,**
by delivering to the within named:

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

by personally delivering to its **Authorized Employee, ZACHERY ASHCROFT**
a true copy of this

**SUMMONS IN A CIVIL ACTION and PLAINTIFF'S ORIGINAL COMPLAINT**

**BEFORE ME,** the undersigned authority, on this day personally appeared STEVEN BYERS who after being duly sworn on oath states: "My name is STEVEN BYERS. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New Hampshire. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: Steven C Byers
**STEVEN BYERS – Process Server**

**Subscribed and Sworn to by STEVEN BYERS, Before Me, the undersigned authority, on this** 10 **day of May, 2023.**

Radi Roberge
**Notary Public in and for the State of New Hampshire**

RADI J ROBERGE
STATE OF
-MY-
COMMISSION
EXPIRES
MARCH 9, 2027
NEW HAMPSHIRE
NOTARY PUBLIC