**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RATARSHA MANIER,** | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **v.** | § | **Civil Action No. 4:23-CV-343** |
| | § | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al.,** | § | |
| | § | |
| | § | |
| **Defendant(s).** | § | |

# RETURN OF SERVICE

Came to my hand on **Tuesday, May 9, 2023 at 1:00 PM,**
Executed at: **1301 S. HARRISON STREET, FORT WAYNE, IN 46802**
at **10:52 AM,** on **Wednesday, May 10, 2023,**
by delivering to the within named:

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

by personally delivering to **Authorized Employee, TIFFANY TURK**
a true copy of this

**SUMMONS IN A CIVIL ACTION and PLAINTIFF'S ORIGINAL COMPLAINT**

**BEFORE ME,** the undersigned authority, on this day personally appeared DAWN GRIFFIN-LUCE who after being duly sworn on oath states: "My name is DAWN GRIFFIN-LUCE. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Indiana. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: Dawn Griffin-Luce
**DAWN GRIFFIN-LUCE – Process Server**

NOTARY PUBLIC SEAL
JACOB CLAYCOMB, Notary Public
Allen County, State of Indiana
Commission Number NP0740332
My Commission Expires 04/06/2030

**Subscribed and Sworn to by DAWN GRIFFIN-LUCE, Before Me, the undersigned authority, on this 11 day of May, 2023.**

**Notary Public in and for the State of Indiana**

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Ratarsha Manier<br>*Plaintiff(s)*<br>v.<br>Lincoln Life Assurance Company of Boston, The Lincoln National Life Insurance Company, Hilton Domestic Operating Company, LLC<br>*Defendant(s)* | ) | Civil Action No. 4:23-cv-343 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company
1300 South Clinton Street
Fort Wayne, IN 46802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vincent J. Bhatti
The Bhatti Law Firm, PLLC
5700 Tennyson Parkway
Suite 300
Plano, TX 75025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **5/5/23**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:23-cv-343

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT
PROOF / ATTACHED