# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 4:23-CV-343

Plaintiff:
**RATARSHA MANIER**

vs.

Defendant:
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, HILTON DOMESTIC OPERATING COMPANY, LLC**

Received these papers on the 9th day of May, 2023 at 1:30 pm to be served on **HILTON DOMESTIC OPERATING COMPANY, LLC care of its Registered Agent, CORPORATION SERVICE COMPANY D/B/A CSC - LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Jeff Keyton, being duly sworn, depose and say that on the **9th day of May, 2023 at 3:00 pm, I:**

hand-delivered a true copy of this **Summons in a Civil Action together with Plaintiff's Original Complaint,** to **HILTON DOMESTIC OPERATING COMPANY, LLC care of its Registered Agent, CORPORATION SERVICE COMPANY D/B/A CSC - LAWYERS INCORPORATING SERVICE COMPANY** by and through its authorized agent, **TERRI TREMBLAY,** at the address of: **211 E. 7th St., Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 9th day of May, 2023 by the affiant who is personally known to me.

Helen Broussard
NOTARY PUBLIC

NOTARY PUBLIC STATE OF TEXAS
Helen Broussard
My Commission Expires
11/04/2023
ID No. 130429927

**Jeff Keyton**
PSC-735; Exp 7/31/2024

Our Job Serial Number: THP-2023002852
Ref: 1280181

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Ratarsha Manier<br>*Plaintiff(s)*<br>v.<br>Lincoln Life Assurance Company of Boston, The Lincoln National Life Insurance Company, Hilton Domestic Operating Company, LLC<br>*Defendant(s)* | ) | Civil Action No. 4:23-cv-343 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hilton Domestic Operating Company, LLC
Corporation Service Company DBA
CSC-Lawyers Incorporated
211 E. 7th Street
Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Vincent J. Bhatti
The Bhatti Law Firm, PLLC
5700 Tennyson Parkway
Suite 300
Plano, TX 75025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/5/23

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:23-cv-343

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

RETURN / AFFIDAVIT
PROOF / ATTACHED

Date: ______________ ______________________

*Server's signature*

______________________

*Printed name and title*

______________________

*Server's address*

Additional information regarding attempted service, etc: