UAET (02-2008)

# Unoppposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:23-CV343

Name of party requesting extension: HILTON DOMESTIC OPERATING COMPANY, LLC

Is this the first application for extension of time in this case?

- [x] Yes
- [ ] No

If no, please indicate which application this represents:

- [ ] Second
- [ ] Third
- [ ] Other ___________

Date of Service of Summons: 5/9/23

Number of days requested:

- [x] 30 days
- [ ] 15 days
- [ ] Other _____ days

New Deadline Date: June 29, 2( *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Robert L. Florance, IV

State Bar No.: 24087520

Firm Name: POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & TAPLETT,

Address: 500 W. 7th Street, Suite 600
Fort Worth, Texas 76102

Phone: (817) 332-3245

Fax: (817) 877-4781

Email: rflorance@popehardwicke.com

---

A certificate of conference does not need to be filed with this unopposed application.