In the United States District Court
for the Eastern District of Texas
Sherman Division

| | | |
|---|---|---|
| Ratarsha Manier,<br><br>*Plaintiff*,<br><br>v.<br><br>Lincoln Life Assurance Company of Boston; The Lincoln National Life Insurance Company; and Hilton Domestic Operating Company LLC,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:23-cv-343-SDJ |

**Declaration of James O. Smith**

I, James O. Smith hereby declare, depose, and state as follows:

1. My name is James O. Smith. I am over 21 years of age and am fully competent to make this declaration. I am the Assistant Secretary of Hilton Domestic Operating Company Inc. ("HDOC"). In this capacity, I have access to and am familiar with the corporate structure of HDOC as well as its predecessors and subsidiaries. Therefore, I have personal knowledge of the facts stated in the declaration and they are all true and correct.

2. HDOC is the successor by merger to Hilton Domestic Operating Company LLC.

3. HDOC is a Delaware corporation with its principal place of business in McLean, Virginia. It has no offices or employees in Texas and undertakes no business in Texas.

4. The plaintiff, Ratarsha Manier, is not employed by HDOC.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury that the forgoing is true and correct.

______________________________
JAMES O. SMITH

**SUBSCRIBED AND SWORN TO BEFORE ME** on this 28th day of June 2023, to certify which witness my hand and seal of office.

LeRhonda D Barnett
Notary Public for the Commonwealth of Virginia

My commission Expires: 06/30/2027

Registration No. 8041314 Notary Public

Acting in the County of Fairfax, Virginia

LERHONDA DANETTE BARNETT
NOTARY PUBLIC
REG. #8041314
MY COMMISSION EXPIRES 06/30/2027
COMMONWEALTH OF VIRGINIA