In the United States District Court
for the Eastern District of Texas
Sherman Division

| | | |
|---|---|---|
| Ratarsha Manier, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| Lincoln Life Assurance Company of Boston; The Lincoln National Life Insurance Company; and Hilton Domestic Operating Company LLC, | § | Civil Action No. 4:23-cv-343-SDJ |
| | § | |
| *Defendants*. | § | |

**[Proposed] Order of Dismissal of**
**<u>Hilton Domestic Operating Company Inc.</u>**

The Motion to Dismiss filed by Defendant Hilton Domestic Operating Company Inc., successor by merger to Hilton Domestic Operating Company LLC, is before the Court. The Court finds the Motion to be well-taken.

It is therefore ordered that this case is dismissed with prejudice in its entirety as to Defendant Hilton Domestic Operating Company Inc., successor by merger to Hilton Domestic Operating Company LLC.