**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RATARSHA MANIER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURNCE COMPANY, HILTON DOMESTIC OPERATING COMPANY, LLC,**<br><br>**Defendants.** | ) | **Case No. 4:23-cv-00343-SDJ** |

**JOINT STIPULATION AND MOTION TO DISMISS HILTON**
**DOMESTIC OPERATING COMPANY, LLC, WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendant Hilton Domestic Operating Company, LLC, based on the following stipulation:

It is hereby stipulated by and between Ratarsha Manier ("Manier") and Defendant The Lincoln National Life Insurance Company (f/k/a Lincoln Life Assurance Company of Boston)[1], by and through their respective counsel, that Hilton Domestic Operating Company, LLC, is hereby dismissed from this action without prejudice. Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of Hilton Domestic Operating Company, LLC, having been

[1] The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston was the issuer of the relevant life insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with, and is now known as, The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct name of the Defendant in this action.

dismissed from the action. Lincoln represents that it is the sole claims decision maker and would be the sole payor for the Plaintiff's claim for benefits from the AD&D policy that is the subject of this lawsuit.

Dismissal under 41(a)(1)(ii) is proper as all counsel for all parties who have appeared have signed and agreed to this Stipulation. Plaintiff shall not pursue any costs or attorneys' fees against Hilton Domestic Operating Company, LLC.

Dated this 7th day of July, 2023.

Respectfully Submitted,

By: /s/ Vincent Bhatti
Vincent J. Bhatti
State Bar of Texas No. 24055169
Ditty S. Bhatti
State Bart No. 24062803

THE BHATTI LAW FIRM, LLC
5700 Tennyson Parkway, Suite 300
Dallas, Texas 75024
Main: (214) 253-2533
Fax: (214) 279-0033
Email: Vincent.bhatti@bhattilawfirm.com
Email: Ditty.bhatti@bhattilawfirm.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANTS LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND

THE LINCOLN NATIONAL LIFE INSURANE COMPANY

- AND -

By: /s/ Michael L. Atchley
Michael L. Atchley
State Bar No. 01397600

POPE HARDWICKE CHRISTIE SCHELL KELLY & TAPLETT LLP-ARLINGTON
500 West 7th Street, Ste 600
Fort Worth, TX 76012
PH: 817-332-3245
FX: 817-877-4781
Email: matchley@popehardwicke.com

ATTORNEYS FOR DEFENDANT HILTON DOMESTIC OPERATING COMPANY INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Iwana Rademaekers
Email: iwana@rademaekerslaw.com

Michael L. Atchley
Email: matchley@popehardwicke.com

July 7, 2023 — Date

/s/ Vincent J. Bhatti — Vincent J. Bhatti