**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RATARSHA MANIER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURNCE COMPANY, HILTON DOMESTICE OPERATING COMPANY, LLC,**<br><br>**Defendants.** | ) | **Case No. 4:23-cv-00343-SDJ** |

**ORDER**

After considering the Joint Stipulation and Motion to Dismiss Without Prejudice any and all claims against Defendant Hilton Domestic Operating Company, LLC, the Court ORDERS that Defendant Hilton Domestic Operating Company, LLC, be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear his own costs and attorneys' fees with regard to such claims.