**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RATARSHA MANIER,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, HILTON DOMESTIC OPERATING COMPANY, LLC,** <br><br> **Defendants.** | **)** | **Case No. 4:23-cv-00343-SDJ** |

**<u>PLAINTIFF'S RESPONSE TO DEFENDANT HILTON DOMESTIC OPERATING COMPANY INC.'S MOTION TO DISMISS AND BRIEF IN SUPPORT</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Ratarsha Manier and responds to Defendant Hilton Domestic Operating Company Inc.'s Motion to Dismiss, and would show the Court as follows:

On April 19, 2023 Plaintiff filed her Original Complaint against Defendants Lincoln Life Assurance Company of Boston, the Lincoln National Life Insurance Company, Hilton Domestic Operating Company, LLC. On June 29, 2023, Hilton Domestic Operating Company, LLC (hereinafter "Hilton") filed a Motion to Dismiss. On July 7, 2023, Plaintiff filed a Stipulation of Dismissal to dismiss Hilton without prejudice. [Dkt. No. 15.] Hilton's Motion to Dismiss should be denied as moot due to the Stipulation of Dismissal.

Therefore, Plaintiff respectfully requests the Court to wholly deny Hilton's Motion to Dismiss as moot. However, in the event the Court is of the opinion that the pleadings are insufficient, Plaintiff requests an opportunity to amend her pleadings to address any defects.

DATED this 7th day of July 2023.

Respectfully submitted,

By: /s/ Vincen J. Bhatti

Vincent J. Bhatti
Texas State Bar No. 24055169
Ditty S. Bhatti
Texas State Bar No. 24062803

THE BHATTI LAW FIRM, PLLC
5700 Tennysoin Parkway, Ste 300
Dallas, Texas 75024
PH: (214) 253-2533
FX: (214) 279-0033
Email: vincent.bhatti@bhattilawfirm.com
Email: ditty.bhatti@bhattilawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a “Notice of Electronic Filing” to the all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

July 7, 2023
Date

/s/ Vincent J. Bhatti
Vincent J. Bhatti