**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RATARSHA MANIER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, HILTON DOMESTIC OPERATING COMPANY, LLC,**<br><br>**Defendants.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | **Case No. 4:23-cv-00343-SDJ** |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

Before the Court is Defendant Hilton Domestic Operating Company LLC's Motion to Dismiss for Failure to State a Claim [ECF No. 12], and Plaintiff's Second Amended Complaint [ECF No. 14.] In light of Plaintiff's Stipulation of Dismissal of Hilton Domestic Operating Company LLC [ECF No. 15], Defendant's Motion to Dismiss is DENIED as moot.