UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RATARSHA MANIER | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-343-SDJ |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, ET AL. | § | |
| | § | |

**ORDER**

Before the Court is Defendant Hilton Domestic Operating Company Inc.'s Motion to Dismiss. (Dkt. #14). Plaintiff and Defendant Hilton Domestic Operating Company Inc. ("Hilton") have stipulated to Hilton's dismissal from this case. (Dkt. #18).

It is therefore **ORDERED** that Defendant Hilton Domestic Operating Company Inc.'s Motion to Dismiss, (Dkt. #14), is **DENIED as moot**.

**So ORDERED and SIGNED this 18th day of July, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE