UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RATARSHA MANIER | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-343-SDJ |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, ET AL. | § | |
| | § | |

# SCHEDULING ORDER

The Court, after reviewing the parties' Report of Rule 26(f) Planning Meeting, (Dkt. #19), enters this case-specific order. The following schedule shall control the proceedings pending further order of the Court:

The parties will be permitted to propound limited, written discovery and take the deposition of the claims manager to explore only the issues of the completeness of the administrative record, Defendants' compliance with the procedural requirements of ERISA, and any conflicts of interest inherent in Defendant's role as administrator. *See Crosby v. La. Health Serv. & Indem. Co.*, 647 F.3d 258, 263 (5th Cir. 2011). The parties shall observe Local Rule CV-26 in connection with discovery in this matter. All discovery shall be completed by **November 6, 2023**.

Plaintiff shall file an amended complaint by **August 18, 2023**, if she chooses to do so. By **December 14, 2023**, Plaintiff shall submit to Defendants a proposed joint stipulation containing any historical information about the claim that can be agreed upon between the parties and will be helpful to the Court in deciding this matter. The stipulation shall also reflect that the administrative record is complete, or shall list any documents that Plaintiff contends were submitted to the

administrator but not included in the record, and shall attach any other evidence that either party contends is appropriate for the Court's consideration including plan and insurance policy documents (any objections to consideration of such evidence should be included in the briefs required below).

By **October 5, 2023**, the parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. Mediation shall be completed by **December 4, 2023**.

The parties shall file the joint stipulation, together with the administrative record (which may be filed as an attachment under seal), by **December 18, 2023**. Plaintiff's brief (not to exceed 30 pages) in support of the appeal shall be filed by **January 15, 2024**; Defendants' opposition briefs (not to exceed 30 pages) shall be filed by **January 29, 2024**, and any reply brief (not to exceed 15 pages) by Plaintiff shall be filed by **February 9, 2024**. The matter shall then be deemed submitted to the Court for appropriate disposition. No trial will be set, as the matter will be handled as an appeal of Defendants' determination. *See id.* at 264 ("[O]ur review of an ERISA benefits determination is essentially analogous to a review of an administrative agency decision . . . ."). This matter will be set for oral argument on **March 25, 2024, at 10:00 a.m.**

**So ORDERED and SIGNED this 28th day of July, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE