**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RATARSHA MANIER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23-cv-00343-SDJ** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURNCE COMPANY, HILTON DOMESTICE OPERATING COMPANY, INC. HEALTH AND WELFARE PLAN 502, HILTON EMPLOYER, INC., ALRIGHT SOLUTIONS, LLC, & WIPRO LIMITED.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant The Lincoln National Life Insurance Company's Motion to Partially Dismiss Plaintiff's Amended Complaint is hereby **GRANTED**. Plaintiff's claim shall proceed as claims under 29 U.S.C. § 1132(a)(1)(B) and Plaintiff's claim for breach of fiduciary duty, equitable relief, and all other claims under 29 U.S.C. § 1132(a)(3) are **DISMISSED WITH PREJUDICE.**

Signed this _____ day of ________________, 2023.