**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| | § | |
| RATARSHA MANIER | § | Civil Action No.: 4:23-cv-343 |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, HILTON DOMESTIC OPERATING COMPANY INC. HEALTH AND WELFARE PLAN 502, HILTON EMPLOYER, INC., ALIGHT SOLUTIONS, LLC, & WIPRO LIMITED | § § § § § § § § § | |
| | § | |
| Defendants. | § | |

**STIPULATION AND MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendant Hilton Domestic Operating Company, Inc. Health and Welfare Plan 502 and Hilton Employer, Inc., based on the following stipulation:

It is hereby stipulated that Hilton Domestic Operating Company, Inc. Health and Welfare Plan 502 (hereinafter "Hilton Domestic") and Hilton Employer, Inc. ("Hilton Employer") is hereby dismissed from this action without prejudice.

Dismissal under 41(a)(1)(A)(i) is proper as Hilton Domestic and Hilton Employer has not served an answer or a motion for summary judgment. Plaintiff shall not pursue any costs or attorneys' fees against Hilton Domestic or Hilton Employer.

Dated this 15th day of September, 2023.

Respectfully Submitted,

By: /s/ Vincent Bhatti
Vincent J. Bhatti
State Bar of Texas No. 24055169
Ditty S. Bhatti
State Bart No. 24062803

THE BHATTI LAW FIRM, LLC
5700 Tennyson Parkway, Suite 300
Dallas, Texas 75024
Main: (214) 253-2533
Fax: (214) 279-0033
Email: Vincent.bhatti@bhattilawfirm.com
Email: Ditty.bhatti@bhattilawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Iwana Rademaekers
Email: iwana@rademaekerslaw.com

Michael L. Atchley
Email: matchley@popehardwicke.com

September 15, 2023 /s/ Vincent J. Bhatti
Date Vincent J. Bhatti