**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RATARSHA MANIER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23-cv-00343-SDJ** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, HILTON DOMESTIC OPERATING COMPANY, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION TO DISMISS AND BRIEF IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Ratarsha Manier and responds to Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company's Partial Motion to Dismiss, and would show the Court as follows:

The Court's Scheduling Order, entered on July 27, 2023, stated that the parties may amend their pleadings on or before August 18, 2023. Since the Order, Plaintiff has filed her First Amended Complaint on August 18, 2023. Dkt. No. 22. Defendants Lincoln Life Assurance Company of Boston and the Lincoln National Life Insurance Company has filed a partial motion for dismissal. Dkt. No. 24.

In response, Plaintiff, after conference with counsel for Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company, has agreed to dismiss the

claims of breach of fiduciary duty and equitable relief under 29 U.S.C. § 1132(a)(3), which is the gravamen of the Partial Motion for Dismissal.

The parties are currently finalizing a version of the stipulation that is complete and agreeable to both parties that addresses the issues raised in the partial motion for dismissal, and will be filed shortly. The parties are working together to avoid unnecessary burden to this Court.

Therefore, Plaintiff respectfully requests the Court to deny the Partial Motion to Dismiss as moot. However, in the event the Court is of the opinion that the pleadings are insufficient, Plaintiff requests an opportunity to amend her pleadings to address any defects.

DATED this 15th day of September, 2023.

Respectfully submitted,

By: /s/ Ditty S. Bhatti

Vincent J. Bhatti
Texas State Bar No. 24055169
Ditty S. Bhatti
Texas State Bar No. 24062803

THE BHATTI LAW FIRM, PLLC
5700 Tennysoin Parkway, Ste 300
Dallas, Texas 75024
PH: (214) 253-2533
FX: (214) 279-0033
Email: vincent.bhatti@bhattilawfirm.com
Email: ditty.bhatti@bhattilawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

September 15, 2023
Date

/s/ Ditty S. Bhatti
Ditty S. Bhatti