**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RATARSHA MANIER | § | Civil Action No.: 4:23-cv-343 |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, THE | § | |
| LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| ALIGHT SOLUTIONS, LLC, & | § | |
| WIPRO LIMITED | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff files this Motion for Leave to file Plaintiff's Second Amended Complaint, and respectfully would show as follows:

1. Federal Rule of Civil Procedure 15(a) requires a court to grant leave to file an amended pleading "freely," and the language of the rule "evinces a bias in favor of granting leave to amend." *Lyn-Lea Travel Corp. v. American Airlines, Inc*., 283 F.3d 282, 286 (5th Cir. 2002) (quoting *Chitimacha Tribe of La. v. Harry L. Laws Co., Inc*., 690 F.2d 1157, 1162 (5th Cir. 1982)); see also *Engstrom v. First Nat'l Bank of Eagle Lake*, 47 F.3d 1459, 1464 (5th Cir. 1995) ("In the absence of … undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc. – the leave sought should, as the rules require, be 'freely given.'") (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)). Plaintiff demands a jury on all issues triable to a jury.

2. Plaintiff seeks to amend her Complaint because Plaintiff seeks to address issues raised in Defendants The Lincoln National Life Insurance Company's (f/k/a Lincoln Life Assurance Company of Boston) Motion to Dismiss [Dkt. No. 24].

3. Specifically, Plaintiff seeks to eliminate Plaintiff's breach of fiduciary duty and equitable relief, and claims under 29 U.S.C. § 1132(a)(3) against Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company. These causes of action are to only continue against Alight Solutions, LLC and Wipro Limited.

4. This would also render the Motion to Dismiss [Dkt. No. 24] moot.

5. Plaintiff has attached hereto as Exhibit "A" a true and correct copy of the proposed Plaintiff's Second Amended Complaint.

6. Plaintiff cannot surmise any unfair prejudice, surprise, or undue burden would occur by the filing of her Second Amended Complaint.

WHEREFORE, Plaintiff respectfully requests that the Court grant his Motion for Leave to Amend and such additional or further relief to which she may be entitled.

DATED: September 26, 2023

Respectfully submitted,

**The Bhatti Law Firm, PLLC**

s/Ditty S. Bhatti
Vincent J. Bhatti
State Bar No. 24055169
Ditty S. Bhatti
State Bar No. 24062803
5700 Tennyson Parkway, Suite 300
Plano, TX 75024
Telephone: (214) 253-2533
Facsimile: (214) 279-0033
Vincent.bhatti@bhattilawfirm.com
Ditty.bhatti@bhattilawfirm.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

On September 26, 2023, counsel for Plaintiff and Counsel for Defendants conducted conferences on the matters presented in this motion and counsel is **not opposed** to the relief sought by Plaintiff in this Motion.

/s/ Ditty S. Bhatti

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

September 26, 2023
Date

/s/ Ditty S. Bhatti
Ditty S. Bhatti