**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RATARSHA MANIER | § | Civil Action No.: 4:23-cv-343 |
| Plaintiff | § | |
| v. | § | JURY TRIAL DEMANDED |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ALIGHT SOLUTIONS, LLC, & WIPRO LIMITED | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pending before the Court is Plaintiff Ratarsha Manier's Unopposed Motion for Leave to File her Second Amended Complaint. After considering the Motion, the Court finds that good cause exists and hereby GRANTS Plaintiff's Motion for Leave to File her Second Amended Complaint.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Leave to File her Second Amended Complaint is GRANTED.

So ORDERED and SIGNED this _____________ day of ____________________, 2023.

______________________________________
UNITED STATES DISTRICT JUDGE