UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RATARSHA MANIER | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-343-SDJ |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, ET AL. | § | |

## ORDER

Before the Court is Plaintiff Ratarsha Manier's ("Manier") Motion for Leave to File Plaintiff's Second Amended Complaint. (Dkt. #35). When a plaintiff seeks to amend a complaint after the deadline in the scheduling order, he or she must meet Federal Rule of Civil Procedure 16(b)(4) and show good cause. In this case, the Court previously entered a scheduling order, (Dkt. #21), which provided for an amended pleading deadline on August 18, 2023. Manier's recently filed motion comes after this deadline, and Manier properly demonstrates good cause. First, Manier explains that her failure to submit a timely motion was due to working with the opposing parties to narrow the issues before the Court. Second, she demonstrates that the amendment is needed to more accurately plead her claims and narrow the issues before the Court. And third, she has shown there is no prejudice towards Defendants, and the motion is unopposed. The motion will be granted.

It is therefore **ORDERED** that the Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint, (Dkt. #35), is **GRANTED**, and Defendant's Motion to Partially Dismiss Plaintiff's Amended Complaint and Brief in Support, (Dkt. #24), is **DENIED as moot**.

It is further **ORDERED** that Plaintiff's Second Amended Complaint, (Dkt. #36), is **deemed properly filed**.

**So ORDERED and SIGNED this 28th day of September, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE