# UNITED STATES DISTRICT COURT
**for the**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **RATARSHA MANIER,** | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **vs.** | § | **Civil Action No. 4:23-CV-00343-SDJ** |
| | § | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al,** | § | |
| | § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, September 27, 2023 at 2:02 PM,**
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
at **1:04 PM,** on **Thursday, September 28, 2023,** by delivering to the within named:

**WIPRO LIMITED**

by delivering to its **Registered Agent, CT CORPORATION SYSTEM**
by personally delivering to its **Authorized Employee, TAYO ADERSHIYAN**
a true copy of this

**SUMMONS IN A CIVIL ACTION and PLAINTIFF'S AMENDED COMPLAINT**

having first endorsed thereon the date of the delivery.

BEFORE ME, the undersigned authority, on this day personally appeared Ernesto Martin Herrera who after being duly sworn on oath states: "My name is Ernesto Martin Herrera. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By:______________________________
**Ernesto Martin Herrera - PSC 4418 - Exp 11/30/23**

**Subscribed and Sworn to by Ernesto Martin Herrera, Before Me, the undersigned authority, on this** 2nd **day of September, 2023.**

ARMANDO ESQUIVEL
Notary Public
STATE OF TEXAS
ID# 12856260-6
My Comm. Exp. Mar. 26, 2027

______________________________
**Notary Public in and for the State of Texas**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Ratarsha Manier<br>*Plaintiff(s)*<br>v.<br>Lincoln Life Assurance Company of Boston, The Lincoln National Life Insurance Company, Hilton Domestic Operating Company Inc. Health and Welfare Plan 502, Hilton Employer, Inc., et al.<br>*Defendant(s)* | ) | Civil Action No. 4:23-cv-00343-SDJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wipro Limited
by and through its registered agent
CT Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
or wherever it may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vincent J. Bhatti
The Bhatti Law Firm, PLLC
5700 Tennyson Parkway, Suite 300
Plano, TX 75024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · EASTERN DISTRICT OF TEXAS

*CLERK OF COURT*

Date: 9/15/2023

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00343-SDJ

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT
PROOF / ATTACHED