# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 4:23-CV-00343-SDJ

Plaintiff:
**RATARSHA MANIER**

vs.

Defendant:
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al**

Received these papers on the 29th day of September, 2023 at 9:30 am to be served on **ALIGHT SOLUTIONS, LLC care of its Registered Agent, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Vivian Smith, being duly sworn, depose and say that on the **29th day of September, 2023 at 10:15 am, I:**

hand-delivered a true copy of this **Summons in a Civil Action and Plaintiff's Amended Complaint**, to **ALIGHT SOLUTIONS, LLC care of its Registered Agent, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY** by and through its authorized agent, **KANEISHA GROSS**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 29th day of September, 2023 by the affiant who is personally known to me.

Helen Broussard
NOTARY PUBLIC

NOTARY PUBLIC STATE OF TEXAS
Helen Broussard
My Commission Expires
11/04/2023
ID No 130429927

**Vivian Smith**
PSC-12617, Exp. 5/31/2024

Our Job Serial Number: THP-2023006205
Ref: 2700248

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

Ratarsha Manier

*Plaintiff(s)*

v.

Lincoln Life Assurance Company of Boston, The Lincoln National Life Insurance Company, Hilton Domestic Operating Company Inc. Health and Welfare Plan 502, Hilton Employer, Inc., et al.

*Defendant(s)*

Civil Action No. 4:23-cv-00343-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Alight Solutions, LLC
by and through its registered agent
Corporation Service Company d/b/a CSC-Lawyers, Inc.
211 E. 7th Street
Suite 620
Austin, TX 78701
or wherever it may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vincent J. Bhatti
The Bhatti Law Firm, PLLC
5700 Tennyson Parkway, Suite 300
Plano, TX 75024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT * EASTERN DISTRICT OF TEXAS *

*CLERK OF COURT*

Date: 9/15/2023

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00343-SDJ

RETURN / AFFIDAVIT PROOF / ATTACHED

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: