**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RATARSHA MANIER | § | Civil Action No.: 4:23-cv-343-SDJ |
| Plaintiff | § | |
| v. | § | JURY TRIAL DEMANDED |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ALIGHT SOLUTIONS, LLC, & WIPRO LIMITED | § | |
| Defendants. | § | |

## DESIGNATION OF MEDIATOR

Pursuant to this Court's Scheduling Order [Dkt. No. 21], Plaintiff Ratarsha Manier and Defendants Lincoln Life Assurance Company of Boston and The Lincoln Life Insurance Company have jointly selected **Jeff Abrams, Abrams Mediation, 12222 Merit Drive, Suite 1200, Dallas, TX 75251-2231, (972) 702-9066**.

Notably, Defendants Wipro Limited and Alight Solutions, LLC, have been served on September 28, 2023 at September 29, 2023, respectively. As such, they have not yet issued responses and were not involved in this mediator designation.

Dated this 5th day of October, 2023.

Respectfully Submitted,

By: /s/ Vincent Bhatti

Vincent J. Bhatti
State Bar of Texas No. 24055169
Ditty S. Bhatti
State Bart No. 24062803

THE BHATTI LAW FIRM, LLC
5700 Tennyson Parkway, Suite 300
Dallas, Texas 75024
Main: (214) 253-2533
Fax: (214) 279-0033
Email: Vincent.bhatti@bhattilawfirm.com
Email: Ditty.bhatti@bhattilawfirm.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers

Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANTS LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND THE LINCOLN NATIONAL LIFE INSURANE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Iwana Rademaekers
Email: iwana@rademaekerslaw.com

| | |
|---|---|
| October 5, 2023 | /s/ Ditty S. Bhatti |
| Date | Ditty S. Bhatti |