UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

## CASE AND DEADLINE INFORMATION

Civil Action No.: 4:23-cv-343-SDJ

Name of party requesting extension: Wipro Limited

Is this the first application for extension of time in this case?
- [x] Yes
- [ ] No

If no, please indicate which application this represents:
- [ ] Second
- [ ] Third
- [ ] Other ___________

Date of Service of Summons: 9/28/2023

Number of days requested:
- [x] 30 days
- [ ] 15 days
- [ ] Other _____ days

New Deadline Date: 11/17/2023 *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION


Full Name: Michael L. Atchley

State Bar No.: 01397600

Firm Name: Pope Hardwicke Christie

Address: 500 West 7th Street, Suite 600
Fort Worth, Texas 76102

Phone: 817-332-3245

Fax: 817-877-4781

Email: matchley@popehardwicke.com


---

A certificate of conference does not need to be filed with this unopposed application.