DocuSign Envelope ID: 9A2098C4-7BF8-4B1C-8AC0-928537F4FE92

In the United States District Court
for the Eastern District of Texas
Sherman Division

| | | |
|---|---|---|
| Ratarsha Manier, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| Lincoln Life Assurance Company of Boston; The Lincoln National Life Insurance Company; Alight Solutions, LLC; and Wipro Limited, | § | Civil Action No. 4:23-cv-343-SDJ |
| | § | |
| *Defendants*. | § | |

**Declaration of Carol Fleter**

I, Carol Fleter, hereby declare, depose, and state:

1. My name is Carol Fleter. I am over 21 years of age and am fully competent to make this declaration. I am employed by Alight Solutions LLC, formerly known as Hewitt Associates LLC ("Alight"), as Vice President, Strategic Accounts. In that capacity, I am familiar with and have access to Alight's Administrative Services Agreement with Hilton and Alight's relationship to Hilton's ERISA plans. I therefore have personal knowledge of all facts stated in this Declaration, and they are all true and correct.

2. Alight has an Administrative Services Agreement ("ASA") with certain Hilton entities under which it provides non-fiduciary clerical and record-keeping services. These services include monitoring plan eligibility, processing enrollment events, communicating plan eligibility, and processing premium payments. The ASA specifies that Alight is not permitted to act as a fiduciary or to undertake discretionary functions related to the plan. It includes a provision that states as follows:

> Hilton and [Alight] understand and intend that [Alight] shall not be a fiduciary within the meaning of ERISA or any other federal, state or local law, statute, ordinance or regulation with respect to any Plan. [Alight] shall not have any discretion with respect to the management or administration of any Plan or with respect to determining or changing the rules or policies pertaining to eligibility or entitlement of any Participant in any Plan to benefits under such Plan. [Alight] also shall not have any control or authority with respect to any assets of any Plan, including the investment or disposition thereof.

3. Wipro is a subcontractor of Alight under the ASA. The scope of Wipro's services is limited to operations services, systems management, and technology work, such as IT application development and the maintenance and enhancement of infrastructure services. Wipro also has no authority to engage in fiduciary or discretionary functions under the plan.

4. Neither Alight nor Wipro have been employers of Ratarsha Manier, and neither of them made or influenced the decision to deny benefits alleged in her Second Amended Complaint, which I have reviewed. Neither Alight nor Wipro undertook any fiduciary or discretionary responsibilities relating to Ratarsha Manier or the plan at issue in the Second Amended Complaint, and neither of them had authority to determine the amount of benefits provided under the plan or an obligation to prepare a summary plan description indicating benefits available under the plan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2023.

DocuSigned by:
Carol Fleter
6E5489C3B2F7423...