In the United States District Court
for the Eastern District of Texas
Sherman Division

| | | |
|---|---|---|
| Ratarsha Manier, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| Lincoln Life Assurance Company of Boston; The Lincoln National Life Insurance Company; Alight Solutions, LLC; and Wipro Limited, | § | Civil Action No. 4:23-cv-343-SDJ |
| | § | |
| *Defendants*. | § | |

**[Proposed] Order of Dismissal of**
**Alight Solutions LLC and Wipro Limited**

The Motion to Dismiss filed by Defendants Alight Solutions LLC and Wipro Limited is before the Court. The Court finds the Motion to be well-taken.

It is therefore ordered that this case is dismissed with prejudice in its entirety as to Defendants Alight Solutions LLC and Wipro Limited.