In the United States District Court
for the Eastern District of Texas
Sherman Division

| | | |
|---|---|---|
| Ratarsha Manier, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| Lincoln Life Assurance Company of Boston; The Lincoln National Life Insurance Company; Alight Solutions, LLC; and Wipro Limited, | § | Civil Action No. 4:23-cv-343-SDJ |
| | § | |
| *Defendants*. | § | |

**Alight Solutions LLC
and Wipro Limited's
<u>Disclosure Statement</u>**

In accordance with Fed. R. Civ. P. 7.1, Defendant Alight Solutions LLC ("Alight") states that it is a wholly owned subsidiary of Alight, Inc., which is a publicly traded company. Wipro Limited ("Wipro") states that it has no parent corporation and that no publicly held corporation holds 10% or more of its ownership.

Dated: November 17, 2023.

Respectfully submitted,

By: *\/s/ Michael L. Atchley*

Michael L. Atchley
Texas State Bar No. 01397600
matchley@popehardwicke.com

POPE, HARDWICKE, CHRISTIE,
SCHELL, KELLY & TAPLETT, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No. (817) 332-3245
Facsimile No. (817) 877-4781

Attorneys for Defendants Alight
Solutions LLC and Wipro Limited

## CERTIFICATE OF SERVICE

This is to certify that a copy of this document is being served on the date of filing by CM/ECF.

*/s/ Michael L. Atchley*
Michael L. Atchley