**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RATARSHA MANIER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23-cv-00343-SDJ** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ALIGHT SOLUTIONS, LLC; and WIPRO LIMITED,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Before the Court is Defendants' Alight Solutions, LLC and Wipro Limited's Motion to Dismiss Plaintiff's Second Amended Complaint. Having considered the Motion, Plaintiff's response, the applicable law, and pleadings, the Court concludes the Motion to Dismiss should be DENIED in its entirety.

SO ORDERED.