**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RATARSHA MANIER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ALIGHT SOLUTIONS, LLC; and WIPRO LIMITED,**<br><br>**Defendants.** | **)** | **Case No. 4:23-cv-00343-SDJ** |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE**

Before the Court is Plaintiff Ratarsha Manier and Defendants Lincoln Life Assurance Company of Boston, The Lincoln National Life Insurance Company, Alight Solutions, LLC and Wipro Limited's Joint Motion to Continue the current Scheduling Order [Dkt. No. 21]. Having considered the Joint Motion, the applicable law, and pleadings, the Court concludes the Motion to Continue should be GRANTED in its entirety.

SO ORDERED.