UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RATARSHA MANIER | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-343-SDJ |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, ET AL. | § | |

**ORDER**

Before the Court is Plaintiff Ratarsha Manier and Defendants, Lincoln Life Assurance Company of Boston, The Lincoln National Life Insurance Company, Alight Solutions, LLC, and Wipro Limited's (collectively "parties") Joint Motion to Continue. (Dkt. #48). In the motion, the parties effectively ask for a stay pending the resolution of Defendants Alight Solutions LLC and Wipro Limited's Motion to Dismiss. (Dkt. #44). Upon consideration of the Motion, the Court concludes that it should be granted.

It is **ORDERED** that all proceedings in this case are **STAYED** pending the Court's resolution of Defendants Alight Solutions, LLC and Wipro Limited's Motion to Dismiss. (Dkt. #44). Following the Court's ruling on the motion to dismiss, an amended scheduling order will be entered.

**So ORDERED and SIGNED this 3rd day of January, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE